IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PACIFIC EYE INSTITUTE, A MEDICAL GROUP, INC., <br>    *Plaintiff* <br><br> v. <br><br> HARTFORD FIRE INSURANCE COMPANY, <br>    *Defendant* | § § § § § § § § § § § | CIVIL ACTION NO. 3:24-CV-3079-S |

**HARTFORD FIRE INSURANCE COMPANY'S**
**FIRST AMENDED RULE 12(b)(6) MOTION TO DISMISS**

Hartford Fire Insurance Company files this First Amended Motion to Dismiss Pacific Eye Institute's claims under Federal Rule of Civil Procedure 12(b)(6).[1] The Court should dismiss Pacific Eye's claims for Texas Insurance Code Section 541.060 violations, unidentified sections of Texas Insurance Code Chapter 542 violations, and breach of the duty of good faith and fair dealing under Rule 12(b)(6) for failure to state a claim.

Hartford's arguments and authorities are set forth in its brief filed with this motion and are incorporated in this motion for all purposes. Hartford respectfully requests the Court to dismiss Pacific Eye's claims against Hartford and to grant any further relief that may be necessary to achieve justice.

---

[1] Hartford withdrew its previous Rule 12(b)(1) motion to dismiss. (*See* Doc. 16.) As a result, the Court terminated Hartford's Rule 12(b)(1) and Rule 12(b)(6) motion to dismiss without prejudice to refiling a motion to dismiss that only includes Hartford's Rule 12(b)(6) motion. (*See* Doc. 17.) This motion intends to comply with the Court's ruling.

Respectfully submitted,

By: _____
    Christine Kirchner
    Attorney-in-Charge
    State Bar No. 00784403
    C.kirchner@chamberlainlaw.com
    1200 Smith Street, Suite 1400
    Houston, Texas 77002
    Telephone (713) 658-1818
    Telecopy (713) 658-2553
    Chris M. Lemons
    State Bar No. 24012975
    Chris.lemons@chamberlainlaw.com
    Mary "Katy" Andrade
    State Bar No. 24118606
    Katy.Andrade@chamberlainlaw.com
    CHAMBERLAIN, HRDLICKA, WHITE,
      WILLIAMS & AUGHTRY, P.C.
    1200 Smith Street, Suite 1400
    Houston, Texas 77002
    Telephone: (713) 658-1818
    Telecopier: (713) 658-2558

ATTORNEYS FOR DEFENDANT
HARTFORD FIRE INSURANCE COMPANY

    Michael W. Johnston
    **JOHNSTON LEGAL GROUP PC**
    1616 Wabash Avenue
    Fort Worth, Texas 76107-6598
    Telephone: (817) 820-0825
    Facsimile: (817) 820-0830
    Texas bar No. 10840300
    johnston@johnstonlegalgroup.com

LOCAL COUNSEL FOR DEFENDANT
HARTFORD FIRE INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record via facsimile, hand delivery, electronic mail, and/or certified mail on this April 2, 2025.

_____
Christine Kirchner